IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TWO-WAY MEDIA LTD., :
:
    Plaintiff, :
:
v. : Civil Action No. 14-1212-RGA
:
VERIZON COMMUNICATIONS INC., :
et al., :
:
    Defendants. :

**MEMORANDUM ORDER**

The Memorandum Order entered this date in No. 14-1006-RGA is equally applicable to the motion to dismiss (D.I. 12) filed in this case.

Thus, the motion to dismiss (D.I. 12) is **DISMISSED** as moot. The Report and Recommendation (D.I. 20) has been **CONSIDERED**, but the issue of its **ADOPTION** is moot. The request for leave to file a Third Amended Complaint (D.I. 21) is **GRANTED**. Plaintiff should separately file the "clean copy" of the Third Amended Complaint with the Clerk. Defendants' time to answer the Third Amended Complaint will not begin to run until the "clean copy" is separately filed.

IT IS SO ORDERED this 10 day of August 2015.

                                                       /s/ Richard G. Andrews
                                                     United States District Judge